IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARROLYN  S. POTTS                                                                                         PLAINTIFF

       v.                              Civil No. 13-2210

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                        DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 8th day of June, 2015.

        /s/ *Mark E. Ford*
        HONORABLE MARK. E. FORD
        UNITED STATES MAGISTRATE JUDGE